E-Filed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-1244  GHK (JPRx)<br>CV 14-8215 GHK (JPRx) | Date | April 16, 2015 |
|---|---|---|---|
| Title | TYSON ZOLTAN HEDER   v.  CITY OF LOS ANGELES, et al<br>TYSON ZOLTAN HEDER   v.  CITY OF LOS ANGELES, et al | | |

| Presiding: The Honorable | GEORGE H. KING, CHIEF U. S. DISTRICT JUDGE |
|---|---|

| Beatrice Herrera | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

NONE                                                               NONE

**Proceedings:**          **(IN CHAMBERS)    ORDER**

On the court's own motion, Plaintiff's Motion to Remand Action to State Court **[11]**, noticed for hearing on APRIL 20, 2015, is **TAKEN OFF CALENDAR** and will be taken UNDER SUBMISSION without oral argument on that date pursuant to Local Rule 7-15.  No appearance by counsel shall be necessary.  The hearing date is vacated.  Further briefing, if any, shall be filed in accordance with Local Rules as if the noticed hearing date had not been vacated.

Counsel are hereby notified that the *scheduling conference* set for April 20, 2015 is **TAKEN OFF CALENDAR** pending further order of the Court.  No appearance by counsel is necessary.

**IT IS SO ORDERED.**

|  | -- | : | -- |
|---|---|---|---|
|  | Initials of Preparer | | Bea |